IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL R. KERSEY,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | Case No. 1:08cv01527 DLB<br><br>ORDER REGARDING STIPULATION<br>FOR INTRADISTRICT CHANGE OF VENUE |

On April 7, 2009, the parties stipulated to transfer this matter to the Sacramento Division of the Eastern District of California. Plaintiff explains that his counsel erroneously designated Kern County on the civil docketing report instead of Plaintiff's actual county of residence, Sacramento County.

Upon stipulation that an action has not been commenced in the proper court or for other good cause, the Court may transfer the same to another venue within the District. Local Rule 3-120(f). Accordingly, pursuant to the stipulation of the parties, this matter is TRANSFERRED to the Sacramento Division of the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated: **April 9, 2009**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1